UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL SINGLETON II,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BERNARD E. WARNER, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C16-5571 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 30. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' motion for summary judgment is **GRANTED**; and

(3) Plaintiff's complaint is **DISMISSED**.

Dated this 16th day of January, 2018.

　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge

ORDER